The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-cr-00142-TL |
| Plaintiff, | |
| v. | NOTICE OF FILING PHYSICAL MATERIALS WITH THE CLERK |
| KEITH RUSSELL, | |
| Defendant. | |

Keith Russell, through counsel, gives notice that one thumb drive is being filed in physical form with the Clerk's Office for the Western District of Washington. The item, filed as Exhibits F and I to the Defendant's Motion to Suppress Evidence and for *Franks* Hearing, will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this 5th day of April, 2024.

Respectfully submitted:

s/Christopher Carney
Christopher Carney, WSBA #30325
Attorney for Defendant Keith Russell
600 1st Ave
Seattle WA 98104
Tel. 206-445-0212
Christopher.Carney@carneygillespie.com

NOTICE OF FILING PHYSICAL MATERIALS
WITH THE CLERK
U.S. v. Russell 23-cr-00142-TL

CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com