The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff

v.

KEITH RUSSELL,

    Defendant.

NO. CR23-142 TL

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED:

Defendant's Motion in to Suppress Evidence and for *Franks* Hearing (docket number 35) is re-noted for April 26, 2024.

The government's opposition is due April 24, 2024.

Defendant's optional reply brief is due April 26, 2024.

DATED this 18th day of April, 2024.

*/s/ Tana Lin*
TANA LIN
United States District Judge

ORDER - 1
*United States v. Russell* / CR23-142 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970