The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-cr-00142-TL |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO FILE OVERLENGTH REPLY BRIEF |
| KEITH RUSSELL, | |
| Defendant. | [Proposed] |

The Court, having reviewed Defendant's Motion for Leave to File Over-Length Reply Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for Defendant to file his Reply in Support of Motion to Suppress Evidence and for *Franks* Hearing, with a word count of 3,148.

DATED this 26th day of April, 2024.

Tana Lin
United States District Judge

ORDER GRANTING LEAVE
TO FILE OVERLENGTH REPLY BRIEF
U.S. v. Russell 23-cr-00142-TL
Page 1 of 2

CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

1 | Presented by:

2

3 | s/Christopher Carney
Christopher Carney, WSBA #30325
4 | Attorney for Defendant Keith Russell
600 1st Ave
5 | Seattle WA 98104
Tel. 206-445-0212
6 | Christopher.Carney@carneygillespie.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER GRANTING LEAVE
TO FILE OVERLENGTH REPLY BRIEF
U.S. v. Russell 23-cr-00142-TL
Page 2 of 2**

