UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KEITH LAMONTE RUSSELL,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cr-00142-TL<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

This matter is before the Court on Defendant Keith Lamonte Russell's Motion to Suppress Evidence and for *Franks* Hearing. Dkt. No. 35. A pretrial conference and hearing on the motion is scheduled for September 5, 2024. Dkt. No. 54.

To assist its evaluation of the motion, the Court DIRECTS each Party to file, **by August 29, 2024**, a supplemental brief on the issue of whether police had probable cause to arrest Mr. Russell for marijuana DUI. Briefs SHALL NOT exceed **five (5) pages**. Response briefs are not permitted.

Dated this 6th day of August 2024.

　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　United States District Judge

ORDER REQUESTING SUPPLEMENTAL BRIEFING - 1