The Honorable Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH RUSSELL,<br><br>Defendant. | NO. CR23-142 TL<br><br>[Proposed]<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response in Opposition to Defendant's Motion to Dismiss that does not exceed 7,523 words.

DATED this 7th day of August, 2024.

*[signature]*

Tana Lin
United States District Judge

PRESENTED BY:

*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

Order Permitting Excess Pages - 1
*United States v.* Russell / CR23-142 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970