The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-cr-00142-TL |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |
| KEITH RUSSELL, | |
| Defendant. | [Proposed] |

The Court, having reviewed Defendant's Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for Defendant to file his Reply In Support Of Motion To Dismiss Charge Under 18 U.S.C. § 922(g)(1), containing no more than 3,500 words.

DATED this 16th day of August, 2024.

Tana Lin
United States District Judge

ORDER GRANTING LEAVE
TO FILE OVERLENGTH BRIEF
U.S. v. Russell 23-cr-00142-TL
Page 1 of 2

CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

1 | Presented by:

2

3 | s/Christopher Carney_____
Christopher Carney, WSBA #30325
Attorney for Defendant Keith Russell
4 | 600 1st Ave
Seattle WA 98104
5 | Tel. 206-445-0212
Christopher.Carney@carneygillespie.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER GRANTING LEAVE
TO FILE OVERLENGTH BRIEF
U.S. v. Russell 23-cr-00142-TL
Page 2 of 2**

