UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH LAMONTE RUSSELL,<br><br>Defendant. | CASE NO. 2:23-cr-00142-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Having reviewed the Government's motion (Dkt. No. 79), the Pretrial Conference/Motion Hearing scheduled for September 5, 2024, is STRICKEN.

The Court proposes rescheduling the conference and hearing for October 30, 2024, and the Stipulated Facts/Bench Trial for November 13, 2024. Mr. Russell SHALL address this proposal in his response to the Government's motion.

Dated this 3rd day of September 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk