The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KEITH RUSSELL,<br><br>  Defendant. | NO. 23-cr-00142-TL<br><br>ORDER GRANTING EXTENSION OF TIME |

The Court, having reviewed Defendant's Unopposed Motion for Extension of Time, enters the following order:

IT IS HEREBY ORDERED:

Defendant's Response to the Government's Motion for Reconsideration of the Court's Order on Motion to Suppress (docket number 96), shall be due December 3, 2024.

DATED this 2nd day of December, 2024.

*[signature]*

Tana Lin
United States District Judge