The Honorable Judge Tana Lin

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KEITH L. RUSSELL,<br><br>　　　　　　　　Defendant. | CASE NO. CR23-142 TL<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

The Court, having reviewed the Unopposed Motion to Dismiss the Indictment Without Prejudice, enters the following order:

IT IS HEREBY ORDERED that the Indictment in this case is dismissed without prejudice.

Dated this 16th day of December, 2024.

Tana Lin
United States District Judge

Presented by:

*/s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
Assistant United States Attorney

Order Dismissing Indictment Without Prejudice
*United States v. Russell*, CR23-142 TL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970